IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIO SANCHEZ, as Personal Representative of the Estate of DANIELA TESTA, deceased, and as Next Friend of INEZ MARIA SANCHEZ, a minor, and JULIO SANCHEZ, JR., a minor, and INELDA GUTIERREZ PRADINES;<br><br>    Plaintiffs,<br><br>vs.<br><br>HANKOOK TIRE CO., LTD.;<br><br>    Defendant. | 8:15CV142<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 13) and Plaintiffs' Motion to Remand (Filing No. 6) requesting that this Court remand this matter back to the District Court of Douglas County, Nebraska. No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 13) are adopted in their entirety; and

2. Plaintiffs' Motion to Remand (Filing No. 6) is denied.

Dated this 23rd day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge