IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIO SANCHEZ, as Personal Representative of the ESTATE OF DANIELA TESTA, Deceased; and as Next Friend of I.M.S., a minor, A.S., a minor, and J.S.J., a minor; and INELDA GUTIERREZ PRADINES,<br><br>Plaintiffs,<br><br>vs.<br><br>HANKOOK TIRE CO., LTD.,<br><br>Defendant. | Case No. 8:15cv142<br><br>**ORDER AMENDING THE EXPERT WITNESS DEADLINES** |

Upon the Joint Motion (#33), and for good cause,

**IT IS HEREBY ORDERED:** The motion (#33) is granted, and paragraph 3 in the Order Setting Final Schedule for Progression of Case (#24) of October 19, 2015, is hereby amended as follows:

3. Each plaintiff, counter-claimant, and cross-claimant shall, as soon as practicable but no later than **May 6, 2016**, serve all opposing parties with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Fed. Rules of Evidence. Each defendant, counter-defendant, and cross-defendant shall serve its statement of the expert witnesses it expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) as soon thereafter as practicable, but not later than **July 8, 2016**. If necessary to refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or cross-claimant may disclose additional expert witnesses not later than **July 22, 2016**, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. Rule 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of

depositions. Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e). The testimony of the expert at trial shall be limited to the information disclosed in accordance with this paragraph.

Dated: March 1, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge