IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIO SANCHEZ, AND as Personal Representative of the Estate of and as Next Friend of; and INELDA GUTIERREZ PRADINES,<br><br>Plaintiffs,<br><br>vs.<br><br>HANKOOK TIRE CO., LTD.,,<br><br>Defendant. | 8:15CV142<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation for Dismissal, ECF No. 133. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal, ECF No. 133, is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 22nd day of December, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge